**SEALED**

AO 442  (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

Central District of Illinois

UNITED STATES OF AMERICA

V.

TYRONE MAXWELL

**WARRANT FOR ARREST**

Case Number: 08-3017-M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest

TYRONE MAXWELL

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with  (brief description of offense)

possession with intent to distribute 5 or more grams of cocaine base (crack)

in violation of Title  21  United States Code, Section(s)  841(a)(1) and 841(b)(1)(B)

Byron G. Cudmore
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

s/ Byron G. Cudmore
Signature of Issuing Officer

4/7/08  Spfld Il
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at  Quincy

| DATE RECEIVED 04/08/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 04/21/08 | Lee Hougold ISP/TFO | [signature] |