

E-FILED
Wednesday, 07 May, 2008 07:06:13 PM
Clerk, U.S. District Court, ILCD

MAY - 7 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )
                                    )
     v.                             )     Criminal No: 08-30040
                                    )     Violation: 21 U.S.C. § 841(a)(1)
                                    )     and 841(b)(1)(B)
TYRONE L. MAXWELL,                  )
                                    )
          Defendant.                )

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about January 9, 2008, in the Central District of Illinois, the defendant,

**TYRONE L. MAXWELL,**

knowingly and intentionally possessed a controlled substance, namely, 5 or more grams

of a mixture or substance containing cocaine base (crack), a Schedule II controlled

substance, with the intent to distribute it.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B).

A TRUE BILL,

s/ Foreperson

FOREPERSON

s/ Jeffrey B. Lang

RODGER A. HEATON
UNITED STATES ATTORNEY/TB