E-FILED
Friday, 16 May, 2008  02:53:45 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08-cr-30040 |
| | ) | Hon. Jeanne E. Scott |
| vs. | ) | United States District Judge, |
| | ) | Presiding |
| TYRONE L. MAXWELL, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS APPOINTED COUNSEL

NOW COMES Robert J. Scherschligt, Assistant Federal Public Defender, and in support of his MOTION TO WITHDRAW AS APPOINTED COUNSEL for the Defendant, Tyrone L. Maxwell, respectfully states as follows:

1. Undersigned counsel was appointed to represent the Defendant on April 23, 2008.

2. The Defendant was indicted by the Grand Jury and arraigned on the Indictment on May 13, 2008.

3. This cause is currently scheduled for a final pretrial conference on June 16, 2008, at 11:00 a.m., and for jury trial on July 1, 2008 at 9:00 a.m.

4. Undersigned counsel, today, received seventy (70) pages of discovery from Timothy A. Bass, Assistant United States Attorney.

5. Upon reviewing the discovery materials, undersigned counsel believes that there is a very real possibility that a conflict of interest will develop if undersigned counsel continues to represent both the Defendant in this cause and

another one of undersigned counsel's clients.  This potential conflict of interest will be avoided if undersigned counsel is permitted to withdraw from this cause.

WHEREFORE, the premises considered, counsel respectfully prays this Honorable Court to grant counsel leave to withdraw as appointed counsel in this cause, and further prays this Honorable Court to appoint new counsel as soon as possible to represent the Defendant in this cause.

      Respectfully submitted,

      RICHARD H. PARSONS,
      Chief Federal Public Defender,

By:   s/ Robert J. Scherschligt
      Robert J. Scherschligt
      Assistant Federal Public Defender
      600 East Adams Street, 2nd Floor
      Springfield, Illinois  62701
      Telephone: (217) 492-5070
      Fax: (217) 492-5077
      E-mail: robert_scherschligt@fd.org

## PROOF OF SERVICE

  I hereby certify that on May 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Timothy A. Bass
Assistant United States Attorney
Office of the United States Attorney
318 South Sixth Street
Springfield, Illinois 62701

           By:   s/ Robert J. Scherschligt
             Robert J. Scherschligt
             Assistant Federal Public Defender
             600 East Adams Street, 2nd Floor
             Springfield, Illinois 62701
             Telephone: (217) 492-5070
             Fax: (217) 492-5077
             E-mail: robert_scherschligt@fd.org