E-FILED
Wednesday, 21 May, 2008  11:24:29 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08-cr-30040 |
| | ) | Hon. Jeanne E. Scott |
| vs. | ) | United States District Judge, |
| | ) | Presiding |
| TYRONE L. MAXWELL, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO WITHDRAW
## MOTION TO WITHDRAW AS APPOINTED COUNSEL

NOW COMES Robert J. Scherschligt, Assistant Federal Public Defender, and in support of this MOTION FOR LEAVE TO WITHDRAW MOTION TO WITHDRAW AS APPOINTED COUNSEL for the Defendant, Tyrone L. Maxwell, respectfully states as follows:

1.  Undersigned counsel was appointed to represent the Defendant on April 23, 2008.

2.  The Defendant was indicted by the Grand Jury and arraigned on the Indictment on May 13, 2008.

3.  This cause is currently scheduled for a final pretrial conference on June 16, 2008, at 11:00 a.m., and for jury trial on July 1, 2008 at 9:00 a.m.

4.  Undersigned counsel filed his Motion to Withdraw as Appointed Counsel on May 16, 2008, at that time believing that there was a real possibility that a conflict of interest would develop between the Defendant and another one

of undersigned counsel's clients.

5. Subsequent to filing said Motion, undersigned counsel spoke with Assistant United States Attorney Timothy A. Bass about the possible development of a conflict of interest. Having the benefit of that conversation, undersigned counsel is now of the opinion that such a conflict is not likely to develop.

6. For these reasons, undersigned counsel wishes to withdraw his previously filed Motion to Withdraw as Appointed Counsel.

7. The United States of America by Assistant United States Attorney Timothy A. Bass has no objection to this Motion.

WHEREFORE, the premises considered, counsel respectfully prays this Honorable Court to grant counsel leave to withdraw his previously filed MOTION TO WITHDRAW AS APPOINTED COUNSEL filed in this cause.

Respectfully submitted,

RICHARD H. PARSONS,
Chief Federal Public Defender,

By:   s/ Robert J. Scherschligt
Robert J. Scherschligt
Assistant Federal Public Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois 62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: robert_scherschligt@fd.org

**PROOF OF SERVICE**

      I hereby certify that on May 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Timothy A. Bass
Assistant United States Attorney
Office of the United States Attorney
318 South Sixth Street
Springfield, Illinois 62701

                                        By:   s/ Robert J. Scherschligt
                                            Robert J. Scherschligt
                                            Assistant Federal Public Defender
                                            600 East Adams Street, 2nd Floor
                                            Springfield, Illinois  62701
                                            Telephone: (217) 492-5070
                                            Fax: (217) 492-5077
                                            E-mail: robert_scherschligt@fd.org