UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-cr-30040 |
| | ) | Hon. Jeanne E. Scott |
| vs. | ) | United States District Judge, |
| | ) | Presiding |
| TYRONE L. MAXWELL, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S FIRST MOTION TO CONTINUE**

NOW COMES the Defendant, TYRONE L. MAXWELL, by Robert J. Scherschligt, his appointed counsel, and moves this Honorable Court to continue the pre-trial and trial settings in this cause for a period of 60 days. In support thereof, the Defendant states as follows:

1.  This cause is set for a final pre-trial conference on Monday, June 16, 2008, at 11:00 a.m., and for jury trial on Tuesday, July 1, 2008, at 9:00 a.m.

2.  The Defendant is in custody at the Menard County Jail in Petersburg, Illinois.

3.  Undersigned counsel met with the Defendant at the Menard County Jail this past Friday afternoon, June 6, 2008.

4.  Undersigned counsel requires additional time to review the discovery materials tendered by the government and to discuss with the Defendant his options in this cause.

5. Undersigned counsel anticipates that this cause will be resolved short of trial.

6. Undersigned counsel anticipates that plea negotiations will commence in the very near future.

7. This Motion is not made for the purpose of delay. Rather, this Motion is made in the interests of justice for the reasons set forth herein.

8. The United States of America by and through Assistant United States Attorney Timothy A. Bass has no objection to this Motion.

WHEREFORE, the defendant, TYRONE L. MAXWELL, prays this Honorable Court to continue the scheduled pre-trial and jury trial settings in this cause for a period of 60 days.

Respectfully submitted,

TYRONE L. MAXWELL, Defendant,

RICHARD H. PARSONS,
Chief Federal Public Defender,

By: s/ Robert J. Scherschligt
Robert J. Scherschligt
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois 62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: robert_scherschligt@fd.org

## CERTIFICATE OF SERVICE

      I hereby certify that on June 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Timothy A. Bass
Assistant United States Attorney
Office of the United States Attorney
318 South Sixth Street
Springfield, Illinois 62701

                                     By:   s/ Robert J. Scherschligt
                                          Robert J. Scherschligt
                                            Assistant Federal Defender
                                            600 East Adams Street, 2nd Floor
                                            Springfield, Illinois  62701
                                            Telephone: (217) 492-5070
                                            Fax: (217) 492-5077
                                            E-mail: robert_scherschligt@fd.org