UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No: 08-30040 |
| TYRONE L. MAXWELL, | ) |
| Defendant. | ) |

## NOTICE REGARDING PRIOR FELONY DRUG CONVICTION

The United States of America, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, pursuant to 21 U.S.C. § 851, hereby informs the defendant and the Court that the defendant has the following prior felony drug conviction upon which the government will rely at the time of sentencing:

    Manufacture/Delivery of Cannabis 10 to 30 grams
    (Reduced to Possession of Cannabis)
    Adams County, Illinois
    Case No: 07-CF-287

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

By:   s/Timothy A. Bass\_\_\_\_
      Timothy A. Bass
      Missouri Bar No. 45344
      Assistant United States Attorney
      318 S. Sixth Street
      Springfield, IL 62701
      Phone: (217) 492-4450
      Fax: (217) 492-4512
      tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on July 2, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert Scherschligt
Attorney for Defendant

                        s/Timothy A. Bass
                        Timothy A. Bass
                        Missouri Bar No. 45344
                        Assistant United States Attorney
                        318 S. Sixth Street
                        Springfield, IL 62701
                        Phone: (217) 492-4450
                        Fax: (217) 492-4512
                        tim.bass@usdoj.gov