E-FILED
Wednesday, 13 August, 2008 03:05:43 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-cr-30040 |
| | ) | Hon. Jeanne E. Scott |
| vs. | ) | United States District Judge, |
| | ) | Presiding |
| TYRONE L. MAXWELL, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S SECOND MOTION TO CONTINUE
FINAL PRETRIAL CONFERENCE AND TRIAL SETTING**

NOW COMES the Defendant, TYRONE L. MAXWELL, by Robert J. Scherschligt, his appointed counsel, and moves this Honorable Court to continue the pre-trial and trial settings in this cause for a period of not less than 30 days. In support thereof, the Defendant states as follows:

1.  This cause is set for a final pre-trial conference on Monday, August 25, 2008, at 10:00 a.m., and for jury trial on Tuesday, September 9, 2008, at 9:00 a.m.

2.  The Defendant is in custody at the Pike County Jail in Pittsfield, Pike County, Illinois.

3.  Plea negotiations are ongoing, and undersigned counsel is awaiting a written plea agreement from the Government. This case will likely be disposed

1

of short of trial.

4. Undersigned counsel requires additional time to receive and review the written plea agreement with the Defendant.

5. This Motion is not made for the purpose of delay. Rather, this Motion is made in the interests of justice for the reasons set forth herein.

WHEREFORE, the defendant, TYRONE L. MAXWELL, prays this Honorable Court to continue the scheduled pre-trial and jury trial settings in this cause for a period of not less than 30 days.

Respectfully submitted,

TYRONE L. MAXWELL, Defendant,

RICHARD H. PARSONS,
Chief Federal Public Defender,

By: s/ Robert J. Scherschligt
Robert J. Scherschligt
Assistant Federal Defender
ARDC Registration No. 6216807
600 East Adams Street, 2nd Floor
Springfield, Illinois 62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: robert_scherschligt@fd.org

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Timothy A. Bass
Assistant United States Attorney
Office of the United States Attorney
318 South Sixth Street
Springfield, Illinois 62701

                                  By:  s/ Robert J. Scherschligt
                                        Robert J. Scherschligt
                                        Assistant Federal Defender
                                        ARDC Registration No. 6216807
                                        600 East Adams Street, 2nd Floor
                                        Springfield, Illinois  62701
                                        Telephone: (217) 492-5070
                                        Fax: (217) 492-5077
                                        E-mail: robert_scherschligt@fd.org