**E-FILED**
Monday, 25 August, 2008  01:09:11 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-cr-30040 |
| | ) | Hon. Jeanne E. Scott |
| v. | ) | United States District Judge, |
| | ) | Presiding |
| TYRONE L. MAXWELL, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO VACATE FINAL PRETRIAL CONFERENCE
AND SCHEDULE FOR CHANGE OF PLEA HEARING**

NOW COMES the Defendant, TYRONE L. MAXWELL, by Robert J. Scherschligt, his appointed counsel, and moves this Honorable Court to vacate the final pre-trial conference, and schedule this cause for a change of plea hearing at the next available opportunity.  In support thereof, the Defendant states as follows:

1.      This cause is scheduled for a final pre-trial conference on Monday, November 17, 2008, at 9:30 a.m., and for jury trial on Tuesday, December 2, 2008, at 9:00 a.m.

2.      The Defendant presently is incarcerated at the Pike County Jail in Pittsfield, Illinois.

3.      The Defendant is cooperating with the Government.

3.      Undersigned counsel received written correspondence from the

3:08-cr-30040-JES-BGC    # 12    Page 2 of 3

Defendant dated August 21, 2008, wherein the Defendant directs undersigned

counsel to schedule this cause for a change of plea hearing.

4.     The Defendant consents to United States Magistrate Judge

jurisdiction for the change of plea hearing.

5.     The United States of America by Assistant United States Attorney

Timothy A. Bass has no objection to setting this cause for a change of plea

hearing before the United States Magistrate Judge.

WHEREFORE, the Defendant, TYRONE L. MAXWELL, prays this

Honorable Court to schedule this cause for a change of plea hearing at the next

available date.

Respectfully submitted,

TYRONE L. MAXWELL, Defendant,

By:   s/ Robert J. Scherschligt
      Robert J. Scherschligt
      Assistant Federal Defender
      600 East Adams Street, 2nd Floor
      Springfield, Illinois  62701
      Telephone: (217) 492-5070
      Fax: (217) 492-5077
      E-mail: robert_scherschligt@fd.org

**PROOF OF SERVICE**

I hereby certify that on August 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Timothy A. Bass
Assistant United States Attorney
United States Attorney's Office
318 South Sixth Street
Springfield, Illinois 62701

By: s/ Robert J. Scherschligt
Robert J. Scherschligt
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois  62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: robert_scherschligt@fd.org